EDITH FRASCA, Appellant, *v.* METROPOLITAN LIFE INSUR-
ANCE COMPANY, Respondent.

(Argued October 8, 1936; decided October 23, 1936.)

*Reuben Chase* and *Samuel A. Koback* for appellant.
*Arthur D. Brennan, Henry R. Barrett, Jr.,* and *Henry R. Barrett* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.